UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

David Starks-El,                    )
                                    )
            Plaintiff,              )
                                    )
      v.                            )          Civil Action No.  09-919
                                    )
                                    )
Barack Obama *et al.*,              )          **FILED**
                                    )
            Defendants.             )          JUN 1 0 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed pursuant to 28 U.S.C. § 1915A (requiring dismissal of a prisoner's complaint upon a determination that the complaint, among other grounds, is frivolous or fails to state a claim upon which relief can be granted).

Plaintiff, a Texas state prisoner, alleges that defendants are "subjecting [him] to the deprivation of his 'liberty' in the collecting of a monetary debt in reparations under [the Constitution]." Compl. at 2. To the extent that plaintiff is challenging his sentence, he must pursue such a claim in the sentencing court. In any event, the vague allegation fails to state a claim upon which relief may be granted and is simply frivolous. *See Brandon v. District of Columbia Bd. of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984) (frivolous complaint lacks "an arguable basis in law and fact"). A separate Order of dismissal accompanies this Memorandum Opinion.

Date: June ____, 2009

_____
United States District Judge